IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | CRIMINAL NO. 3:08-485-CMC |
| v. | **OPINION and ORDER** |
| Malik X. Shakur, | |
| Defendant. | |

This matter is before the court on Defendant's motion for reconsideration. ECF No. 219. The Government has responded in opposition. ECF No. 222.

For the reasons stated by the Government, which this court finds to be correct and therefore adopts as its findings, Defendant is not entitled to relief.

Defendant's motion for reconsideration is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 29, 2012